**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cristobal CALO–DUBON,**
**Defendant–Appellant.**

**No. 14–10211.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2015.*

Filed March 18, 2015.

Robert A. Bork, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., USRE–Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Alina Maria Shell, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

MEMORANDUM **

Cristobal Calo–Dubon appeals from the district court's judgment and challenges the 46–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Calo–Dubon challenges the district court's sentence as substantively unreasonable, arguing that the district court failed to give sufficient weight to his personal history and characteristics when deciding whether to vary downward. The district court did not abuse its discretion in imposing Calo–Dubon's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The low-end Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.